| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pratter, Gene E. | 2. Court or Organization<br><br>U.S. District Court, E.D. Pa. | 3. Date of Report<br><br>04/27/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>7614 United States Courthouse<br>Sixth & Market Streets<br>Philadelphia, PA 19106-1752 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Pratter, Gene E.

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | University of Pennsylvania Law School (Adjunct Professor) | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Commonwealth of Pennsylvania (Executive Deputy General Counsel) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | East River Bank | Mortgage on Rental Property #1, Philadelphia, PA (Pt VII, Line 233) | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Adams Harkness Small Growth - Retirement #5 | | None | J | T | | | | | |
| 2. | DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 3. | DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 4. | Federated US Gov't 1 - 3 - Retirement #5 | A | Dividend | | | Sold | 10/29/10 | K | A | |
| 5. | Federated Gov't Ultrashort - Retirement #5 | A | Dividend | K | T | Buy | 11/01/10 | K | | |
| 6. | First Eagle Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 7. | Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 8. | Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 9. | Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |
| 10. | Westcore MIDCO Growth - Retirement #5 | | None | J | T | | | | | |
| 11. | Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 12. | William Blair Int'l Small Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 13. | Federated US Gov't 1 - 3 - Retirement #6 | A | Dividend | | | Sold | 10/29/10 | J | A | |
| 14. | Federated Gov't Ultrashort - Retirement #6 | A | Dividend | J | T | Buy | 11/01/10 | J | | |
| 15. | Baron Growth - Retirement #6 | | None | J | T | | | | | |
| 16. | First Eagle Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 17. | Royce Opportunity - Retirement #6 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 19. Thornburg Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 20. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 21. Janus Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 22. Sound Shore - Retirement #6 | A | Dividend | J | T | | | | | |
| 23. Third Avenue Int'l Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 24. Baron Growth - Retirement #7 | | None | L | T | | | | | |
| 25. Brandywine - Retirement #7 | | None | M | T | | | | | |
| 26. DFA US Micro Cap - Retirement #7 | A | Dividend | K | T | | | | | |
| 27. DFA Emerging Markets Core Equity - Retirement #7 | A | Dividend | L | T | | | | | |
| 28. DFA International Small Value - Retirement #7 | B | Dividend | K | T | | | | | |
| 29. DFA International Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 30. DFA One Year Fixed - Retirement #7 | B | Dividend | N | T | | | | | |
| 31. DFA US Small Cap Value - Retirement #7 | A | Dividend | L | T | | | | | |
| 32. DFA US Large Cap Value - Retirement #7 | B | Dividend | M | T | | | | | |
| 33. DFA Real Estate Securities - Retirement #7 | B | Dividend | L | T | | | | | |
| 34. Dodge & Cox Stock - Retirement #7 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Federated US Gov't 1 - 3 - Retirement #7 | B | Dividend | | | Sold | 10/29/10 | N | C | |
| 36. Federated Gov't Ultrashort - Retirement #7 | A | Dividend | N | T | Buy | 11/01/10 | N | | |
| 37. First Eagle Overseas - Retirement #7 | B | Dividend | L | T | | | | | |
| 38. Hotchkis & Wiley Mid Cap Value - Retirement #7 | A | Dividend | M | T | | | | | |
| 39. Artio International Equity - Retirement #7 | | None | | | Sold | 08/11/10 | L | A | |
| 40. Morgan Stanley International Equity - Retirement #7 | B | Dividend | M | T | | | | | |
| 41. Morgan Stanley Emerging Markets - Retirement #7 | A | Dividend | L | T | | | | | |
| 42. Royce Micro Cap - Retirement # | A | Dividend | J | T | | | | | |
| 43. Royce Opportunity - Retirement #7 | | None | K | T | | | | | |
| 44. Schwab Money Market - Retirement #7 | A | Dividend | K | T | | | | | |
| 45. Westcore International Frontier - Retirement #7 | A | Dividend | L | T | | | | | |
| 46. Westcore Mid Cap Value - Retirement #7 | A | Dividend | M | T | | | | | |
| 47. Westcore MIDCO Growth - Retirement #7 | | None | M | T | | | | | |
| 48. William Blair International Growth - Retirement #7 | B | Dividend | L | T | | | | | |
| 49. Janus Fund - Retirement #7 | A | Dividend | M | T | | | | | |
| 50. Janus Overseas - Retirement #7 | A | Dividend | L | T | | | | | |
| 51. Hotchkis & Wiley Large Cap Value - Retirement #7 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royce Value Plus - Retirement #7 | A | Dividend | K | T | | | | | |
| 53. Third Avenue International Value - Retirement #7 | B | Dividend | L | T | | | | | |
| 54. Turner Core Growth - Retirement #7 | A | Dividend | M | T | | | | | |
| 55. William Blair Large Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 56. Adams Harkness Small Growth - Retirement #7 | | None | L | T | | | | | |
| 57. William Blair Int'l Small Growth - Retirement #7 | A | Dividend | K | T | | | | | |
| 58. Metropolitan West Total Return - Retirement #7 | E | Dividend | N | T | | | | | |
| 59. BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | Buy (add'l) | 01/28/10 | J | | |
| 60. Thornburg International Value - Retirement #7 | A | Dividend | L | T | Buy | 08/12/10 | L | | |
| 61. Schwab Money Market - Trust #1 | A | Dividend | J | T | | | | | |
| 62. Dodge & Cox Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 63. Baron Growth - Trust #1 | | None | K | T | | | | | |
| 64. Federated Short Term Muni - Trust #1 | A | Dividend | K | T | Buy (add'l) | 01/28/10 | J | | |
| 65. First Eagle Overseas - Trust #1 | A | Dividend | K | T | | | | | |
| 66. Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 67. Hotchkis & Wiley Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 68. Janus Fund - Trust #1 | A | Dividend | K | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Janus Overseas - Trust #1 | A | Dividend | K | T | | | | | |
| 70. Artio International Equity - Trust #1 | | None | | | Sold | 08/11/10 | K | A | |
| 71. Morgan Stanley International Equity - Trust #1 | A | Dividend | K | T | | | | | |
| 72. Morgan Stanley Emerging Markets - Trust #1 | A | Dividend | K | T | | | | | |
| 73. Royce Opportunity - Trust #1 | | None | K | T | | | | | |
| 74. Turner Core Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 75. Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 76. Westcore MIDCO Growth - Trust #1 | | None | K | T | | | | | |
| 77. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | | | | | |
| 78. DFA US Micro Cap - Trust #1 | A | Dividend | K | T | | | | | |
| 79. Third Avenue International Value - Trust #1 | A | Dividend | K | T | | | | | |
| 80. Westcore International Frontier - Trust #1 | A | Dividend | K | T | | | | | |
| 81. DFA Int'l Value - Trust #1 | A | Dividend | K | T | | | | | |
| 82. DFA US Small Value - Trust #1 | A | Dividend | K | T | | | | | |
| 83. Turner Small Cap Equity - Trust #1 | | None | | | Sold | 09/16/10 | J | B | |
| 84. William Blair Mid Growth - Trust #1 | | None | K | T | | | | | |
| 85. DFA Short Term Muni - Trust #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Metropolitan West Total Return - Trust #1 | B | Dividend | K | T | | | | | |
| 87. Thornburg International Value - Trust #1 | A | Dividend | K | T | Buy | 08/12/10 | K | | |
| 88. William Blair Small Cap Growth - Trust #1 | | None | J | T | Buy | 09/17/10 | J | | |
| 89. Baron Growth - Brokerage #1 | | None | K | T | Sold (part) | 06/10/10 | J | C | |
| 90. Baron Growth - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 91. DFA Tax Mgd US Marketwide Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | A | |
| 92. DFA Tax Mgd US Marketwide Value - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 93. DFA Tax Mgd US Marketwide Value - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 94. DFA US Small Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | K | D | |
| 95. DFA US Small Value - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 96. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | C | |
| 97. DFA Emerging Markets Core Equity - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 98. DFA Emerging Markets Core Equity - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 99. DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | A | |
| 100. DFA Tax Mgd International Value - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 101. DFA Tax Mgd International Value - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 102. East River Bank Stock - Brokerage #1 | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Federated Short Term Muni - Brokerage #1 | B | Dividend | L | T | Sold (part) | 06/24/10 | K | A | |
| 104. Federated Short Term Muni - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | K | | |
| 105. First Eagle Overseas - Brokerage #1 | A | Dividend | J | T | Sold (part) | 06/10/10 | J | B | |
| 106. First Eagle Overseas - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 107. Janus Fund - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | C | |
| 108. Janus Fund - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 109. Janus Fund - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 110. Janus Overseas - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | C | |
| 111. Janus Mid Cap Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 05/19/10 | J | A | |
| 112. Janus Mid Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 113. Janus Mid Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 114. Artio Internatioanl Equity - Brokerage #1 | | None | | | Sold | 05/19/10 | J | A | |
| 115. Morgan Stanley International Equity - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | A | |
| 116. Morgan Stanley International Equity - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 117. Morgan Stanley International Equity - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 118. Schwab Money Market - Brokerage #1 | A | Dividend | L | T | | | | | |
| 119. Sound Shore - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | A | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Sound Shore - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 121. Sound Shore - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 122. Westcore MIDCO Growth - Brokerage #1 | | None | K | T | Sold (part) | 06/10/10 | K | A | |
| 123. Westcore MIDCO Growth - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 124. Westcore MIDCO Growth - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 125. Hotchkis & Wiley Large Cap Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | A | |
| 126. Hotchkis & Wiley Large Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 127. Hotchkis & Wiley Large Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 128. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | A | |
| 129. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 130. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 131. Royce Value Plus - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 11/08/10 | J | | |
| 132. Royce Value Plus - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 133. Third Avenue International Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 06/10/10 | J | A | |
| 134. Thornburg Int'l Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 135. William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 11/08/10 | J | | |
| 136. Westcore International Frontier - Brokerage #1 | | None | | | Sold | 05/19/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000.001 - $50.000.000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. William Blair Large Growth - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | A | |
| 138. William Blair Large Growth - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 139. William Blair Large Growth - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 140. William Blair Mid Growth - Brokerage #1 | | None | K | T | Sold (part) | 06/10/10 | J | B | |
| 141. William Blair Mid Growth - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 142. William Blair Small Growth - Brokerage #1 | | None | J | T | Buy | 11/08/10 | J | | |
| 143. Westcore Mid Cap Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 06/10/10 | J | B | |
| 144. Westcore Mid Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | J | | |
| 145. Westcore Mid Cap Value - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 146. DFA Int'l Small Value - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 11/08/10 | J | | |
| 147. DFA Int'l Small Value - Brokerage #1 | | None | | | Buy (add'l) | 12/09/10 | J | | |
| 148. DFA Short Term Muni - Brokerage #1 | B | Dividend | L | T | Sold (part) | 06/10/10 | L | A | |
| 149. DFA Short Term Muni - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | K | | |
| 150. Metropolitan West Total Return - Brokerage #1 | C | Dividend | L | T | Sold (part) | 08/16/10 | J | B | |
| 151. Metropolitan West Total Return - Brokerage #1 | | None | | | Buy (add'l) | 11/08/10 | K | | |
| 152. Royce Micro Cap - Brokerage #1 | A | Dividend | J | T | Buy | 11/08/10 | J | | |
| 153. William Blair Int'l Growth - Brokerage #1 | A | Dividend | J | T | Buy | 11/08/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Thornburg Limited Term Municipal - Brokerage #1 | A | Dividend | L | T | Buy | 11/08/10 | L | | |
| 155. Baron Growth - Brokerage #2 | | None | K | T | Sold (part) | 06/15/10 | J | A | |
| 156. Baron Growth - Brokerage #2 | | None | | | Buy (add'l) | 09/17/10 | J | | |
| 157. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | Sold (part) | 06/15/10 | J | A | |
| 158. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | B | |
| 159. DFA US Small Value - Brokerage #2 | A | Dividend | J | T | Sold (part) | 06/15/10 | J | B | |
| 160. DFA Tax Mgd Int'l Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 161. Dodge & Cox Stock - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |
| 162. Federated Short Term Muni - Brokerage #2 | B | Dividend | L | T | Sold (part) | 06/08/10 | K | A | |
| 163. First Eagle Overseas - Brokerage #2 | A | Dividend | J | T | Sold (part) | 06/15/10 | J | A | |
| 164. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 165. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |
| 166. Janus Fund - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |
| 167. Janus Overseas - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | C | |
| 168. Artio International Equity - Brokerage #2 | | None | | | Sold | 08/11/10 | K | A | |
| 169. Morgan Stanley International Equity - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |
| 170. Morgan Stanley Emerging Markets - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Royce Opportunity - Brokerage #2 | | None | J | T | Sold (part) | 06/15/10 | J | A | |
| 172. Schwab Money Market - Brokerage #2 | A | Dividend | J | T | | | | | |
| 173. Third Avenue International Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |
| 174. Turner Core Growth - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |
| 175. Turner Small Cap Equity - Brokerage #2 | | None | | | Sold | 09/16/10 | J | B | |
| 176. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 06/15/10 | J | A | |
| 177. Westcore MIDCO Growth - Brokerage #2 | | None | K | T | Sold (part) | 06/15/10 | J | A | |
| 178. Westcore International Frontier - Brokerage #2 | A | Dividend | J | T | Sold (part) | 06/15/10 | J | A | |
| 179. Metropolitan West Total Return - Brokerage #2 | B | Dividend | K | T | | | | | |
| 180. Thornburg Int'l Value - Brokerage #2 | A | Dividend | J | T | Buy | 08/12/10 | J | | |
| 181. DFA Short Term Muni - Brokerage #2 | A | Dividend | L | T | | | | | |
| 182. DFA One Year Fixed - Retirement #8 | B | Dividend | M | T | | | | | |
| 183. Federated US Gov't 1 - 3 - Retirement #8 | B | Dividend | | | Sold | 10/29/10 | M | D | |
| 184. Federated Gov't Ultrahort - Retirement #8 | A | Dividend | M | T | Buy | 11/01/10 | M | | |
| 185. Adams Harkness Small Growth - Retirement #8 | | None | K | T | | | | | |
| 186. Baron Growth - Retiremetn #8 | | None | K | T | | | | | |
| 187. Brandywine Fund - Retirement #8 | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. DFA Emerging Markets Core Equity - Retirement #8 | A | Dividend | K | T | | | | | |
| 189. DFA International Value - Retirement #8 | B | Dividend | L | T | | | | | |
| 190. DFA US Large Value - Retirement #8 | B | Dividend | L | T | | | | | |
| 191. DFA US Small Cap Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 192. DFA US Micro Cap - Retirement #8 | A | Dividend | K | T | | | | | |
| 193. Dodge & Cox Stock - Retirement #8 | A | Dividend | L | T | | | | | |
| 194. DFA Int'l Small Cap Value - Retirement #8 | A | Dividend | K | T | | | | | |
| 195. First Eagle Overseas - Retirement #8 | A | Dividend | K | T | | | | | |
| 196. Hotchkis & Wiley Large Cap Value - Retirement #8 | B | Dividend | L | T | | | | | |
| 197. Hotchkis & Wiley Mid Cap Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 198. Janus Fund - Retirement #8 | A | Dividend | L | T | | | | | |
| 199. Janus Mid Cap Value - Retirement #8 | A | Dividend | K | T | | | | | |
| 200. Janus Overseas - Retirement #8 | A | Dividend | L | T | | | | | |
| 201. Artio International Equity - Retirement #8 | | None | | | Sold | 08/11/10 | K | A | |
| 202. Morgan Stanley Emerging Markets - Retirement #8 | A | Dividend | K | T | | | | | |
| 203. Morgan Stanley International Equity - Retirement #8 | A | Dividend | L | T | | | | | |
| 204. Royce Opportunity - Retirement #8 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Royce Value Plus - Retirement #8 | A | Dividend | K | T | | | | | |
| 206. Schwab Money Market - Retirement #8 | A | Dividend | K | T | | | | | |
| 207. Third Avenue International Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 208. Turner Core Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 209. Turner Small Cap Equity - Retirement #8 | | None | | | Sold | 09/16/10 | K | C | |
| 210. Westcore International Frontier - Retirement #8 | A | Dividend | K | T | | | | | |
| 211. Westcore Mid Cap Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 212. Westcore MIDCO Growth - Retirement #8 | | None | M | T | | | | | |
| 213. William Blair International Growth - Retirement #8 | A | Dividend | L | T | | | | | |
| 214. William Blair Large Cap Growth - Retirement #8 | A | Dividend | L | T | | | | | |
| 215. William Blair Intl Small Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 216. BlackRock Low Duration - Retirement #8 | D | Dividend | M | T | | | | | |
| 217. Metropolitan West Total Return - Retirement #8 | D | Dividend | M | T | Buy (add'l) | 01/28/10 | J | | |
| 218. Thornburg Int'l Value - Retirement #8 | A | Dividend | K | T | Buy | 08/12/10 | K | | |
| 219. William Blair Small Growth - Retirement #8 | | None | K | T | Buy | 09/17/10 | K | | |
| 220. Equitable Variable Life - Alliance Common Stock | | None | L | T | Buy (add'l) | 02/08/10 | J | | |
| 221. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 04/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 07/21/10 | J | | |
| 223. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 10/22/10 | J | | |
| 224. Equitable Variable Life - Alliance International | | None | K | T | Buy (add'l) | 02/08/10 | J | | |
| 225. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 04/19/10 | J | | |
| 226. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 07/21/10 | J | | |
| 227. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 10/22/10 | J | | |
| 228. Carlyle Real Estate LLP | A | Dividend | J | T | | | | | |
| 229. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 230. PNC Bank Accounts | A | Dividend | J | T | | | | | |
| 231. Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 232. Wescott Nova LP | | None | J | T | Distributed (part) | 08/20/10 | J | A | |
| 233. Rental Property #1, Philadelphia, PA (2010 $760,000) | D | Rent | O | R | Buy | 06/21/10 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pratter, Gene E. | 04/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gene E. Pratter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544